UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
  Susan Reynolds,  
    Debtor.  
_____/

Case: 6:17-bk-5450  
Chapter 13

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801and serve a copy on the movant's attorney, Sophia Dean, The Orlando Law Group 12301 Lake Underhill rd. Suite 213 Orlando, FL 32828, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes now the Debtor, by and through Counsel undersigned, and files this Motion to Modify Confirmed Chapter 13 Plan and would state as follows:

1. Debtor's case was confirmed on February 1, 2018.

2. The Debtor has had decreased income and can no longer afford to retain her Vehicle, referenced in the confirmation order as Wells Fargo claim 3.

3. An amended schedule I and J have been filed.

4. The debtor now wishes to surrender the vehicle.

5. The Debtor proposes to modify the confirmed plan payments and disbursements as follows:

    SEE ATTACHED SPREADSHEET

6. Since the Debtor's confirmed plan provided for payments of all disposable

income over a period of sixty months and secured creditors will not be adversely affected by this modification, it is further moved that provisions for a notice and hearing as specified by 11 U.S.C. Section 1329 (b) (2) is hereby waived. All other provisions of the Order confirming Chapter 13 plan remain the same, unless otherwise modified herein.

WHEREFORE, Debtor requests this Court grant Debtor's Motion to Modify and grant such other relief that may be deemed just and proper in the circumstances.

/s/Sophia Dean, Esq.
Florida Bar No. 92295
THE ORLANDO LAW GROUP, PL
12301 Lake Underhill Rd. Suite 213
Orlando, Florida 32828
Tel: (407) 512-4394
Fax: (407) 955-4654
E-Mail: Sdean@theorlandolawgroup.com
Secondary:
Sapphire.theorlandolawgroup@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail the 13th day of __September__, 2018, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL   32790; Debtor(s); and to All Creditors and Interested Parties attached hereto.

/s/ Sophia Dean
Sophia Dean, Esquire

| DUE DATE | | 17-5450 B | | REYNOLDS | | | | | | | | claim 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15TH | | 9/15/17 | | | 10.0% | | | | | MONITORING | | WELLS FARGO | | PNC |
| | | Unsecured | | Debtor Pmt | Tee Fee | | | ATTY | | FEE | | HONDA CRV | | PAPAYA LANE |
| | 60 | | 60 | | | | | | | | | | | |
| 9/15/17 | 1 | $0.00 | | $225.00 | $22.50 | | | $3.13 | | | | $199.37 | | DO NOT |
| 10/15/17 | 2 | $0.00 | | $225.00 | $22.50 | | | $3.13 | | | | $199.37 | | INTEND TO |
| 11/15/17 | 3 | $0.00 | | $225.00 | $22.50 | | | $3.13 | | | | $199.37 | | PAY |
| 12/15/17 | 4 | $0.00 | 4 | at | $225.00 | $22.50 | 4 | at | $3.13 | | | $199.37 | | |
| 1/15/18 | 5 | $0.00 | | $300.00 | $30.00 | 1 | at | $70.63 | 5 | at | | $199.37 | | |
| 2/15/18 | 6 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | |
| 3/15/18 | 7 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | |
| 4/15/18 | 8 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | WELLS FARG |
| 5/15/18 | 9 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | PAPAYA LN |
| 6/15/18 | 10 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | DO NOT |
| 7/15/18 | 11 | $0.00 | | $300.00 | $30.00 | | | $45.63 | | $25.00 | | $199.37 | | INTEND TO |
| 8/15/18 | 12 | $0.00 | 8 | at | $300.00 | $30.00 | 7 | at | $45.63 | | $25.00 | 12 | at | $199.37 | PAY |
| 9/15/18 | 13 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 10/15/18 | 14 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | CLAIM 5 |
| 11/15/18 | 15 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 12/15/18 | 16 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 1/15/19 | 17 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 2/15/19 | 18 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 3/15/19 | 19 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 4/15/19 | 20 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 5/15/19 | 21 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 6/15/19 | 22 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 7/15/19 | 23 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 8/15/19 | 24 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 9/15/19 | 25 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 10/15/19 | 26 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 11/15/19 | 27 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 12/15/19 | 28 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 1/15/20 | 29 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 2/15/20 | 30 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 3/15/20 | 31 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 4/15/20 | 32 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 5/15/20 | 33 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 6/15/20 | 34 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 7/15/20 | 35 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 8/15/20 | 36 | $0.00 | | $75.00 | $7.50 | | | $42.50 | | $25.00 | | | | |
| 9/15/20 | 37 | $0.00 | | $75.00 | $7.50 | 25 | at | $42.50 | | $25.00 | | | | |
| 10/15/20 | 38 | $7.56 | | $75.00 | $7.50 | 1 | at | $34.94 | | $25.00 | | | | |
| 11/15/20 | 39 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 12/15/20 | 40 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 1/15/21 | 41 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 2/15/21 | 42 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 3/15/21 | 43 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 4/15/21 | 44 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 5/15/21 | 45 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 6/15/21 | 46 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 7/15/21 | 47 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 8/15/21 | 48 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 9/15/21 | 49 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 10/15/21 | 50 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 11/15/21 | 51 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 12/15/21 | 52 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 1/15/22 | 53 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 2/15/22 | 54 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 3/15/22 | 55 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 4/15/22 | 56 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 5/15/22 | 57 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 6/15/22 | 58 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 7/15/22 | 59 | $42.50 | | $75.00 | $7.50 | | | | | $25.00 | | | | |
| 8/15/22 | 60 | $42.50 | 48 | at | $75.00 | $7.50 | 22 | at | | 55 | at | $25.00 | 48 | at | | # | at |
| | | | | | | | | | | CLAIM 350 | | CLAIM 3 | | |
| | | $942.56 | | $6,900.00 | $690.00 | | | $1,500.00 | | ####### | | $2,392.44 | | |
| | | $34,426.00 | | | | | | ATTY | | | | | | |
| | | 3% | | | | | | | | | | | | |
| | | | | | | | | $1,500.00 | | ###### | | $ 69,792.00 | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-05450-ABB<br>Middle District of Florida<br>Orlando<br>Thu Sep 13 10:58:34 EDT 2018 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63179-0040 | Comenitycapital/overst<br>Comenity Bank<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 |
| Credit First National Assoc<br>Attn: BK Credit Operations<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)FAIRWINDS CREDIT UNION<br>3075 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3259 |
| Fingerhut Advantage<br>PO Box 166<br>Newark, NJ 07101-0166 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 |
| Genesis Bc/celtic Bank<br>268 S State St Ste 300<br>Salt Lake City, UT 84111-5314 | Indigo Bank Services<br>PO Box 75320<br>Dallas, TX 75320-0001 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Majestic Lake<br>635 East Hwy 20<br>Upper Lake, CA 95485-8793 |
| Majestic Lake Financial Inc<br>635 E Hwy 20 K<br>Upper Lake CA 95485 | Overstock<br>PO Box 659707<br>San Antonio, TX 78265-9707 | PNC Bank Home<br>PO Box 3120<br>Pittsburgh, PA 15230-3120 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Second Round, LP<br>Po Box 41955<br>Austin, TX 78704-0033 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Tuscawilla Montessori Academ<br>1625 Montessoru point<br>Oviedo, FL 32765-6611 | US Department of Education<br>Claims Filing Unit<br>PO BOX 8973<br>Madison, WI 53708-8973 | Us Dept Of Ed/Great Lakes Higher Educati<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 |

| | | |
|---|---|---|
| Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Web Bank<br>6250 Ridgend<br>Saint Cloud, MN 56303-0820 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| cash advance usa<br>401 Congress ave suite 1545<br>Austin, TX 78701-4071 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Sophia Cabacum Dean<br>The Orlando Law Group PL<br>12301 Lake Underhill Road, Suite 213<br>Orlando, FL 32828-4511 |
| Susan Louise Reynolds<br>261 Pinesong Dr.<br>Casselberry, FL 32707-5115 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fairwinds Credit Union<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                   40 |