| DUE DATE | | 17-5450 B | | REYNOLDS | | | | | | CLAIM 350 | | CLAIM 003 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **15TH** | | 9/15/2017 | | | | 10.0% | | | | MONITORING | | WELLS FARGO | | PNC | |
| | | Unsecured | | Debtor Pmt | | Tee Fee | | ATTY | | FEE | | HONDA CRV | | PAPAYA LANE | |
| | 60 | | 60 | | | | | | | | | | | | |
| 9/15/2017 | 1 | $0.00 | | $225.00 | | $22.50 | | $3.13 | | | | $199.37 | | **DO NOT** | |
| 10/15/2017 | 2 | $0.00 | | $225.00 | | $22.50 | | $3.13 | | | | $199.37 | | **INTEND TO** | |
| 11/15/2017 | 3 | $0.00 | | $225.00 | | $22.50 | | $3.13 | | | | $199.37 | | **PAY** | |
| 12/15/2017 | 4 | $0.00 | 4 at | $225.00 | MONTH 6 | $22.50 | 4 at | $3.13 | | | | $199.37 | | | |
| 1/15/2018 | 5 | $0.00 | 1 at | $300.00 | INCLUDES $122.57 | $30.00 | 1 at | $70.63 | 5 at | | | $199.37 | | | |
| 2/15/2018 | 6 | $110.31 | 1 at | $422.57 | ESCROW REFUND | $42.26 | | $45.63 | | $25.00 | | $199.37 | | | |
| 3/15/2018 | 7 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | | |
| 4/15/2018 | 8 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | | |
| 5/15/2018 | 9 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | | |
| 6/15/2018 | 10 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | **WELLS FARGO** | |
| 7/15/2018 | 11 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | **PAPAYA LN** | |
| 8/15/2018 | 12 | $0.00 | | $300.00 | | $30.00 | | $45.63 | | $25.00 | | $199.37 | | **DO NOT** | |
| 9/15/2018 | 13 | $0.00 | 7 at | $300.00 | | $30.00 | 8 at | $45.63 | | $25.00 | 13 at | $199.37 | | **INTEND TO** | |
| 10/15/2018 | 14 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | | | **PAY** | |
| 11/15/2018 | 15 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | | | | |
| 12/15/2018 | 16 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | | | **CLAIM 5** | |
| 1/15/2019 | 17 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | COLLATERAL | | | |
| 2/15/2019 | 18 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | FOR CLAIM 3 HAS | | | |
| 3/15/2019 | 19 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | BEEN SURR. | | | |
| 4/15/2019 | 20 | $0.00 | | $75.00 | | $7.50 | | $42.50 | | $25.00 | | TRUSTEE | | | |
| 5/15/2019 | 21 | $0.00 | 8 at | $75.00 | | $7.50 | | $42.50 | | $25.00 | | HAS DISB THRU | | | |
| 6/15/2019 | 22 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | MONTH 13. | | | |
| 7/15/2019 | 23 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 8/15/2019 | 24 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 9/15/2019 | 25 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 10/15/2019 | 26 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 11/15/2019 | 27 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 12/15/2019 | 28 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 1/15/2020 | 29 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 2/15/2020 | 30 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 3/15/2020 | 31 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 4/15/2020 | 32 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 5/15/2020 | 33 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 6/15/2020 | 34 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 7/15/2020 | 35 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 8/15/2020 | 36 | $58.50 | | $140.00 | | $14.00 | | $42.50 | | $25.00 | | | | | |
| 9/15/2020 | 37 | $58.50 | | $140.00 | | $14.00 | 24 at | $42.50 | | $25.00 | | | | | |
| 10/15/2020 | 38 | $69.19 | | $140.00 | | $14.00 | 1 at | $31.81 | | $25.00 | | | | | |
| 11/15/2020 | 39 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 12/15/2020 | 40 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 1/15/2021 | 41 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 2/15/2021 | 42 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 3/15/2021 | 43 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 4/15/2021 | 44 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 5/15/2021 | 45 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 6/15/2021 | 46 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 7/15/2021 | 47 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 8/15/2021 | 48 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 9/15/2021 | 49 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 10/15/2021 | 50 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 11/15/2021 | 51 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 12/15/2021 | 52 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 1/15/2022 | 53 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 2/15/2022 | 54 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 3/15/2022 | 55 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 4/15/2022 | 56 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 5/15/2022 | 57 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 6/15/2022 | 58 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 7/15/2022 | 59 | $101.00 | | $140.00 | | $14.00 | | | | $25.00 | | | | | |
| 8/15/2022 | 60 | $101.00 | 39 at | $140.00 | | $14.00 | | | 55 at | $25.00 | 47 at | | | | |
| | | | | | | | | | | | | | | | |
| | | $3,337.50 | | $9,782.57 | | $978.26 | | $1,500.00 | | $1,375.00 | | $2,591.81 | | | |
| | | $82,942.86 | | | | | | **ATTY** | | **CLAIM 350** | | **CLAIM 003** | | | |
| | | 4% | | | | | | $1,500.00 | | $1,375.00 | | 2591.81 | | | |
| | | **NET VALUE 876.48** | | | | | | | | | | **SURR** | | | |
| | | **2017 IRS - APPR TO KEEP** | | | | | | | | | | | | | |